# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

JULIO L. SEPULVEDA            :      CIVIL ACTION

                          :

                v.                :

                          :

MICHAEL J. ASTRUE,          :

Commissioner of the           :

Social Security Administration    :      NO. 10-2976

## ORDER

     **AND NOW**, this 24th day of March, 2011, upon consideration of plaintiff's request for review, and defendant's response, no timely objections having been filed, and after careful review of the Report and Recommendation of United States Magistrate Judge Timothy R. Rice, it is **ORDERED** that:

     1.      The Report and Recommendation is **APPROVED** and **ADOPTED**.

     2.      The plaintiff's request for review is **DENIED**.

     3.      Judgment is entered in favor of the defendant.

                        BY THE COURT:

                        _____

                        Norma L. Shapiro, J.